EVA MACOMBER et al., Respondents, *v.* FRANK STERLING et al., Appellants, Impleaded with Others.

(Argued April 2, 1930; decided May 6, 1930.)

*Charles D. Thomas* for appellants.

*Chester J. Winslow* for respondents.

Appeal dismissed, without costs, on the ground that the judgment appealed from is not final (*Webster* v. *Webster*, 243 N. Y. 520; *Matter of City of New York, etc.*, 243 N. Y. 522); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.